# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER GOODVINE,**

    **Plaintiff,**

    v.                                                        Case No. 06-C-0862

**NURSE MARY GORSKE, DR. CHARLES LARSON,
CAPTAIN SCHUELER, BELINDA SCHRUBBE,
MIKE THURMER, PHIL KINGSTON, CYNTHIA THORPE,
NURSE GAIL WALTZ, BRUCE A. SIEDSCHLAG and SGT SIEDSCHLAG,**

    **Defendants.**

## DECISION AND ORDER

    Plaintiff, Christopher Goodvine, a state prisoner at all times relevant, is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. In a decision and order dated September 29, 2009, I granted in part and denied in part plaintiff's motion to amend. I directed the parties to confer on their current discovery issues and report back to the court on an acceptable discovery schedule.

    On November 12, 2009, counsel for defendants submitted a letter indicating that the parties have agreed to extend discovery an additional seventy-five days, to begin after plaintiff files his amended complaint with the court. To date, plaintiff has not filed an amended complaint. Consequently, I will set deadlines for plaintiff to file his amended complaint, for the close of discovery, and for the filing of dispositive motions. Failure to comply with these deadlines may result in dismissal for lack of prosecution under Civil L.R. 41.3 (attached).

    For the foregoing reasons,

**IT IS THEREFORE ORDERED** that plaintiff shall file an amended complaint on or before **Thursday, December 31, 2009**.

**IT IS FURTHER ORDERED** that the parties shall have until **Monday, March 15, 2010** to conduct discovery.

**IT IS FURTHER ORDERED** that the parties shall file any dispositive motions on or before **Thursday, April 15, 2010**.

Dated at Milwaukee, Wisconsin, this 11 day of December, 2009.

/s_____
LYNN ADELMAN
District Judge

**Civil L.R. 41.3 Dismissal for Lack of Diligence**

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days.