# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHRISTOPHER GOODVINE,**
      **Plaintiff,**

    v.                                                   Case No. 06-C-0862

**NURSE MARY GORSKE, CAPTAIN SCHUELER, BELINDA SCHRUBBE, PHIL KINGSTON, CYNTHIA THORPE, JIM GREER, NURSE GAIL WALTZ, SGT SIEDSCHLAG, PATTY CARRAN, and KIM SCHMIDT,**
      **Defendants,**

## ORDER

Plaintiff Christopher Goodvine, a Wisconsin state prisoner, is proceeding pro se in this action brought under 42 U.S.C. § 1983. Plaintiff has filed a motion for permission to voluntarily dismiss this action. In the motion, plaintiff asks me to allow him, pursuant to Federal Rule of Civil Procedure 41(a)(2), to voluntarily dismiss this action with prejudice. He acknowledges that he has filed three new civil suits in the past 60 days and indicates his desire to proceed only in Case No. 10-C-1166, which also is pending before me. I respect plaintiff's desire to streamline his litigation and agree that a dismissal with prejudice is appropriate in this case, given the length and breadth of the proceedings.

For the foregoing reasons,

**IT IS THEREFORE ORDERED** that plaintiff's motion for permission to voluntarily dismiss this action with prejudice (Docket # 230) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (Docket #182) is **TERMINATED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 1st day of February 2011.

/s
LYNN ADELMAN
District Judge